**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVEN G. WOYNAR and ANNA SAPIA,**

        **Plaintiffs,**

**-vs-**                                                             **Case No. 6:10-cv-1458-Orl-28GJK**

**MICHAEL CHITWOOD, Chief of Police of**
**the City of Daytona Beach, Florida,**
**OFFICER THOMAS ALFANO, OFFICER**
**JAMES CHIRCO, OFFICER MICHAEL**
**OTERI, OFFICER RANDALL DOYLE, and**
**OFFICER CHARLES FIELDS,**

        **Defendants.**
_____

# ORDER

This case is before the Court on the Response to Order to Show Cause (Doc. 63) filed by Plaintiffs. Plaintiffs state therein that they can show no cause why the City of Daytona Beach should not be substituted in the place of the official capacity Defendants; that they can show no cause why Defendants Chitwood, Chirco, and Oteri should not be dismissed as named Defendants; and that they can show no cause why the demand for punitive damages in Count VII should not be stricken. Additionally, Plaintiffs request leave to amend Count IX of the Amended Complaint against Defendant Fields to add a demand for punitive damages in that count.

Upon consideration, it is **ORDERED** an **ADJUDGED** as follows:

1. The City of Daytona Beach is hereby substituted as the named Defendant in the place of the official-capacity Defendants named in Counts I, II, III, VI, and VII of the

Amended Complaint (Doc. 40). These counts are deemed brought against the City of Daytona Beach only. Because no individual-capacity claims have been brought against Defendant Chitwood, Defendant Chirco, or Defendant Oteri, they are no longer named Defendants in this case. The Clerk is directed to reflect these party changes on the docket.

2. The claim for punitive damages in Count VII of the Amended Complaint is not viable as a matter of law and is hereby **STRICKEN**.

3. Plaintiffs' request for leave to add a demand for punitive damages in Count IX is **GRANTED**, and the Amended Complaint shall be deemed to contain such a request against Defendant Fields in Count IX.

**DONE** and **ORDERED** in Chambers, Florida this 9th day of November, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party